ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA         :    **ORDER**
:
            - v. -               :
:    S2 06 Cr. 428 (SWK)
ROLANDO LNU,                     :
:
            Defendant.           :
:
- - - - - - - - - - - - - - - - - - - - x

Upon application of the United States of America, by and through Assistant United States Attorney Michael English, it is hereby ORDERED that Indictment S2 06 Cr. 428 (SWK), which was filed under seal on or about February 21, 2007, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
        September 19, 2007

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

FRANK MAAS
United States Magistrate Judge
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 19 2007