AUSA Michael English
(212)-637-2594

CR 12 (Rev. 6/82)

# WARRANT FOR ARREST

| **United States District Court** | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROLANDO LNU | DOCKET NO.<br><br>S2 06 CR 428 (SWK) | MAGISTRATE'S CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>ROLANDO LNU<br><br>*USDC SDNY DOCUMENT ELECTRONICALLY FILED OCT 1 8 2007* | |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>X Indictment  ☐ Information  Complaint | DISTRICT OF ARREST | |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Conspiracy to Possess with Intent to Distribute a Controlled Substance; Hobbs Act robbery; possession of a gun during a Hobbs Act robbery

| IN VIOLATION OF | UNITED STATES CODE TITLE<br><br>18<br>21 | SECTIONS<br><br>1951 & 2, 924(c)<br>846 |
|---|---|---|
| | BAIL | OTHER CONDITIONS OF RELEASE |
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>2/21/07 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>02/22/2007<br>DATE EXECUTED<br>09/20/2007 | NAME AND TITLE OF ARRESTING OFFICER<br><br>SA W. J. ASTARITA | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.