```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            x
                                    x   06 Cr. 428 (SWK)
            -against-               x
                                    x
MARIO GONZALEZ, et al.,             x   ORDER
                                    x
            Defendants.             x
------------------------------------X
```

**SHIRLEY WOHL KRAM, U.S.D.J.**

At the request of José Muñiz, Esq., who represents defendant Mario Gonzalez, the conference scheduled for November 7, 2007, at 10:30 a.m. is hereby adjourned. The defendants, Mario Gonzalez and Miguel Sierra-Marte, along with their counsel and counsel for the Government, shall appear for the next pretrial conference in this matter on December 12, 2007, at 10:30 a.m., in Courtroom 15A, 500 Pearl Street, New York, NY. In the interests of justice, time under the Speedy Trial Act is excluded until that date.

SO ORDERED.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/07

_____
SHIRLEY WOHL KRAM
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         November 7, 2007

**COPIES MAILED**