UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA            x
                                    X   06 Cr. 428 (SWK)
        -against-                   x
                                    x   **ORDER**
MARIO GONZALEZ, et al.,             x
                                    x
        Defendants.                 x
----------------------------------X

**SHIRLEY WOHL KRAM, U.S.D.J.**

It is hereby

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC # |
| DATE FILED 12/12/07 |

ORDERED that the trial of defendants Mario Gonzalez and
Miguel Sierra-Marte shall commence on April 21, 2008, at 10:00
a.m., in Courtroom 15A, 500 Pearl Street, New York, New York;

ORDERED that any Motions in Limine shall be filed on or
before March 10, 2008;

ORDERED that any Responses to such Motions in Limine shall
be filed on or before March 17, 2008;

ORDERED that any Replies thereto shall be filed on or
before March 24, 2008;

ORDERED that the parties' Requests to Charge and Proposed
Voir Dire shall be filed on or before March 31, 2008, with a
courtesy copy and an electronic copy (in Word or WordPerfect
format) hand delivered to Chambers no later than 6:00 pm;

ORDERED that the Government shall provide notice of its
intention to introduce evidence, if any, pursuant to Federal
Rule of Evidence 404(b) on or before April 7, 2008;

ORDERED that Defendant's responses, if any, to the Government's proposed Rule 404(b) evidence shall be filed on April 14, 2008;

ORDERED that the parties shall appear for a final pre-trial conference on Wednesday, April 16, 2008, at 10:30 a.m., in Courtroom 15A, 500 Pearl Street, New York, New York; and

ORDERED that the Government shall provide 3500 material on or before April 18, 2008.

SO ORDERED.

SHIRLEY WOHL KRAM
UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          December 12, 2007

2