## GOLDSTEIN & WEINSTEIN
*Attorneys at Law*
888 Grand Concourse
Bronx, New York 10451

David J. Goldstein
Barry A. Weinstein

**MEMORANDUM ENDORSED**

(718) 665-9000
FAX (718) 665-9147

**TRANSMITTED BY FACSIMILE**

May 12, 2008

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: 5/13/08]

Honorable Shirley W. Kram
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    United States v. Miguel Sierra-Marte
                Dkt. No.: 06 CR 427 (SWK)

Dear Judge Kram:

    I write this letter to request a three week adjournment of the conference currently scheduled for Wednesday, May 14, 2008 at 10:30 a.m.. The reason for the request is to continue ongoing plea negotiations.

    I have spoken with Assistant United States Attorney, Michael English, and he consents to this request and to the exclusion of time under the Speedy Trial Act. I have also left a message for Jose A. Muniz, attorney for Mario Gonzalez.

    Thank you for your consideration herein.

*Application granted. The next control date in this matter is hereby rescheduled to June 4, 2008, at 10:30 am.*

Respectfully submitted,

[signature] BARRY A. WEINSTEIN

SO ORDERED
[signature]
JUDGE SHIRLEY WOHL KRAM
U.S.D.J.
Dated: May 13, 2008
New York, NY

BAW/mg
cc:    AUSA Michael English
        Facsimile

TOTAL P.02